IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-31192
Summary Calendar

_____

United States Court of Appeals
Fif h Circuit

**FILED**
November 13, 2017

Lyle W. Cayce
Clerk

LOUISIANA CLEANING SYSTEMS, INCORPORATED,

Plaintiff–Appellant,

v.

OLLIE S. TYLER, Individually & in her official capacity on behalf of City of
Shreveport; DAVID DUNCAN, Individually & in his official capacity;
BRIAN CRAWFORD, Individually & in his official capacity; DALE SIBLEY;
CITY OF SHREVEPORT,

Defendants–Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
No. 5:16-CV-14

_____

Before SMITH, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM:*

    In light of the City of Shreveport's recent amendment of Shreveport
Municipal Ordinance § 42-277, this appeal is DISMISSED as moot.  We
REMAND this case to the district court for the Western District of Louisiana

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in
5TH CIR. R. 47.5.4.

for further proceedings.